# A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

Tramaine A. Harrison
Plaintiff

Id# 3567
Inmate Number

VERSUS

Jefferson Parish Correction Center

Kenner Police Department

Feliciana Forenscic Facility (Jackson Campus)

Judge Ellen Kovac et DFC (Juan Smith, Susan Johansen, Babara Johnson)

(Enter above the full name of each
defendant in this action.)

### Electronic Filing Pilot Program

In accordance with the Procedural Rules for Electronic Filing Pilot Project, General Order 2012-01, inmates who reside in or are transferred into Louisiana Department of Corrections facilities participating in the Electronic Filing Pilot Program shall receive orders, notices and judgments by Notice of Electronic Filing ("NEF").

### Instructions for Filing Complaint by Prisoners
### Under the Civil Rights Act, 42 U.S.C. § 1983.

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly the same.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $350.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

Submit the complaint and pauper affidavit to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I.      Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
Plaintiff(s): _Tramaine A. Harrison_

Defendant(s): _Jefferson Parish Correction Center, Kenner Police Department, Feliciana Forensic Facility (Jackson Campus) & Dept. of Forensic Coordinators_
2. Court (if federal court, name the district; if state court, name the parish): _[John Smith, Susan Johansen & Barbara Johnson] Judge Ellen Kovac 24th Jud. ct Jefferson Parish, LA._

3. Docket number: _08 - 00 361_

4. Name of judge to whom case was assigned: _Judge Martha E. Sassone via (allotted to Judge Ellen Kovac)_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Still pending — Was appealed writ denied_

6. Date of filing lawsuit: _12\12\ 2014_
7. Date of disposition: _9\12\ 2013_

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
Yes ( )      No (✓)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

_____

_____

II.   Place of present confinement: _ELMHS  Feliciana  Forensic  Facility  ITU  Jackson  Campus_     #2

A. Is there a prisoner grievance procedure in this institution?
Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓) No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. _None  were  addressed  to  my  benefit._

2. What steps did you take? _I  wrote  a  grievance  to  Clients  rights,  about  my  false  imprisonment  as  well  as  payphone  defects  throughout  the  facility._

3. What was the result? _I  spoke  with  Attorney  Ann  Bolner  who  informed  me  they're  not  equiped  to  handle  NGBRI  cases._

D. If your answer is No, explain why not: _____

_____

III.   Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) _Tramaine  A.  Harrison_
   Address _6895  Hwy.  18  St.  James  La.  70086_

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant Judge Ellen Kovac _____ is employed as
Judge _____ at 24th Jud. ct
Jefferson Parish, LA. _____
C. Additional Defendants: Feliciana Forenscic Facility FFF Jackson LA.
Juan Smith employed as District Forenscic Coordinator
Baton Rouge, Susan Johansen DFC Covington, Babara
Johnson DFC Orleans Parish, Kenner Police dept. &
Jefferson Parish Correction Center

IV.    Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is
involved. Include also the names of other persons involved, dates, and places. **Do not given
any legal arguments or cite any cases or statutes.** If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph. (Use as much space
as you need. Attach extra sheets if necessary.)

I, Tramaine A. Harrison respectfully
come into this office with factual claims
of Police Brutality (Kenner Police Dept. -
500 Veterans Blvd. Kenner La.) Involving
myself Tramaine A. Harrison and Six
Correction Officers; Ofc. P Zeno, Ofc.
G. Miller, Ofc. B Wilson, Ofc. K Jackson
Officer M. Beyer & Ofc. T. Ragas
Failure to administer much needed
Psychotropic Rx which caused mental
relapse. As well as failure to provide
medical Attention after the Brutality
@ Kenner Police Dept. Also factual claims

Of being beaten & choked; with iron police baton after refusal to be finger printed. I was also tasered while confined in solitary confinement with nothing on but a paper gown. After all of this had taken place and the false police report written I was afraid of̶f̶ spending a long time in prison, so I plead Not Guilty By Reason of Insanity. Before taking the Plea I tried to contact Internal Affairs on several occasions **but**, my calls & letters weren't responded back too. I was given 5 years probation which I successfully completed by being constructive and graduating college @ Nicholls State University wrote and had published three books Amazon.com search Tramaine Harrison & was a featured gospel artist with 985 records in Mandeville La. After Juan Smith failed to file a probation extention before my probation had ended. Ellen Kovac (Judge Div.K) is threatening to revocate a terminated probation off of the lies & Perjury of S. Johansen &

Tramaine Harrison

(3)

And Ellen Kovac Judge had me Arrested at a contradictory hearing And sent to Jackson for so called Stabilization. Which was a cover up And abuse of Power on the Judges behalf And Conspiracy Cover up, is unlawful To Justify Juan Smith ( Department Distric Forenscic Coordinator ) Failure to extend my probation before it ended. In my charts as of Sept 14.'14 It says my probation was revoked, but I have a probation revocation hearing in January 2015. The court order placed on me was unjustified & un constitutional because I hadn't broken any Laws.

Jramane Harrise

V.    Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. I want the court to pay me financially for my pain & suffering & false imprisonment; for violating my civil rights. I want everyone involved fired. I want a written / formal apology (news)

VI.    Plaintiff's Declaration & that NGBRI label off of my record or expunged.

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

4. I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this 12th day of December, 20 14.

_____
Signature of plaintiff(s)