UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAMAINE A. HARRISON | CIVIL ACTION |
| VERSUS | NO. 14-2844 |
| JEFFERSON PARISH CORRECTION CENTER, KENNER POLICE DEPARTMENT, FELICIANA FORENSIC FACILITY (JACKSON CAMPUS), JUDGE ELLEN KOVAC & DFC (JUAN SMITH, SUSAN JOHANSEN, BARBARA JOHNSON) | SECTION "R" (4) |

## ORDER AND REASONS

The plaintiff, Tramaine A. Harrison, has filed three Motions to Supplement (Rec. Doc. Nos. 29, 45, 49) and a Motion for a *Spears* Hearing (Rec. Doc. No. 52), in which, under a broad reading, Harrison seeks to reassert the same facts, claims, and arguments that are already before the Court in his original and supplemental complaints (Rec. Doc. Nos. 1, 18) and received in the *Spears* Hearing held on January 20, 2015.

The purpose of the *Spears* Hearing was to allow Harrison the opportunity to further explain his allegations and to ascertain the legal basis for his claims. *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985). The information the Court received at the hearing is considered to be in the nature of an amended complaint or a more definite statement under Fed. R. Civ. P. 12(e). *Wilson v. Barrientos*, 926 F.2d 480, 482 (5th Cir. 1991). These claims and arguments, which were reasserted and further clarified by Harrison in his Supplemental Complaint (Rec. Doc. No. 18), are already part of the Court's record. There is no need for Harrison to repeat the facts or submit random evidentiary exhibits at this time. Harrison's rehashing of the same testimony and argument received at the *Spears* Hearing is unnecessary and not timely as a supplement thereto. *See* Fed. R. Civ. P. 15(A)(1),

(2). He also has not established a basis for this Court to add any other claim related to his current mental health treatment which does not relate to the claims of excessive force, false arrest, false imprisonment, denial of adequate medical care, and denial of due process presented in the original and supplemental complaints.

The Court further notes that Harrison has had ample opportunity to file and has filed other pleadings in opposition to the defendants' pending motions to dismiss. He is not prejudiced by the denial of leave to supplement his complaint with repetitive claims and arguments already before the Court. Accordingly,

**IT IS ORDERED** that Harrison's Motions to Supplement (Rec. Doc. Nos. 29, 45, 49) and Motion for a *Spears* Hearing (Rec. Doc. No. 52) are **DENIED**.

New Orleans, Louisiana this  18th   day of April, 2015.

_____
**KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE**